UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

CHAPTER 7
CASE NO. 19-12813- JKS

MOTION FOR RELIEF FROM STAY

In Re:

Rama Jamoukha

DEBTOR(S),

Case No.: __19-12813 JKS__

Adv. Pro. No.: _____

Chapter: __7__

Hearing Date: __April 16, 2019__

Judge: __Hon. Sherwood__

## ADJOURNMENT REQUEST

1. I, __Rama Jamoukha__,

    ☐ am the attorney for: _____,

    ☒ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: __Motion for relief from stay__

    Current hearing date and time: __April 16, 2019 at 9:30 am.__

    New date requested: __Next available__

    Reason for adjournment request: __I'm currently out of state due to a sudden family emergency I will be back on the 17th of April and will be getting an attorney asap once I get back.__

2. Consent to adjournment:

    ☐ I have the consent of all parties.    ☒ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 4/11/2019

Signature

**COURT USE ONLY:**

The request for adjournment is:

X ☐ Granted          New hearing date: 5/7/19 AT 10 AM          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*