Form finmgtc

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−12813−JKS
        Chapter: 7
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rama Jamoukha
   57 Zabriskie Street
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−5855

Employer's Tax I.D. No.:

**NOTICE OF FAILURE TO FILE DEBTOR'S CERTIFICATION OF COMPLETION
OF INSTRUCTIONAL COURSE CONCERNING FINANCIAL MANAGEMENT**

To receive a discharge each individual debtor must participate in a personal financial management course. The course provider may file a Certificate of Debtor Education, or the debtor must file a *Debtor's Certification of Completion of Instructional Course Concerning Financial Management* (Official Form B23) proving compliance with the financial management course requirement for discharge (each debtor in a joint case must file a separate Certification). The Certification must be filed by:

    Chapter 7: [60 days from the first date set for your Meeting of Creditors.]

To date the court has not received the above document from the debtor(s), nor has it received a Certificate of Debtor Education from a course provider. If the court does not receive the document(s) within the time frame set forth above, your case will be closed without entry of the discharge. If the case is closed without entry of the discharge you must file a Motion To Reopen to allow for the filing of the document(s) and pay the applicable filing fee.

Dated: April 29, 2019
JAN: admi

                                  Jeanne Naughton
                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 19-12813-JKS
Rama Jamoukha　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2　　　User: admin　　　Page 1 of 1　　　Date Rcvd: Apr 29, 2019
　　　　　　　　　　　　　Form ID: finmgtc　　Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2019.
db　　　　　　+Rama Jamoukha,　　57 Zabriskie Street,　　Haledon, NJ 07508-1598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg　　　　　　E-mail/Text: usanj.njbankr@usdoj.gov Apr 30 2019 00:27:40　　　U.S. Attorney,　　970 Broad St.,
　　　　　　　　Room 502,　　Rodino Federal Bldg.,　　Newark, NJ　07102-2534
smg　　　　　+E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 30 2019 00:27:38　　　United States Trustee,
　　　　　　　　Office of the United States Trustee,　　1085 Raymond Blvd.,　　One Newark Center,　　Suite 2100,
　　　　　　　　Newark, NJ　07102-5235
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2019　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2019 at the address(es) listed below:
　　　　　　Denise E. Carlon　　on behalf of Creditor　　U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR LEHMAN
　　　　　　　MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-3 dcarlon@kmllawgroup.com,
　　　　　　　bkgroup@kmllawgroup.com
　　　　　　John Sywilok　　sywilokattorney@sywilok.com, nj26@ecfcbis.com
　　　　　　Kevin Gordon McDonald　　on behalf of Creditor　　U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR
　　　　　　　LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-3 kmcdonald@kmllawgroup.com,
　　　　　　　bkgroup@kmllawgroup.com
　　　　　　U.S. Trustee　　USTPRegion03.NE.ECF@usdoj.gov
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 4