UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

John W. Sywilok, Esq. (JS 2289)
John W. Sywilok LLC
51 Main Street
Hackensack, NJ 07601
(201) 487-9390
Attorneys for Trustee

In Re:

RAMA JAMOUKHA,

Debtor.

Order Filed on June 12, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

by Clerk U.S. Bankruptcy
Court District of New Jersey

Chapter 7

Case No. 19-12813

Hearing Date: 06/11/2019

Judge: John K. Sherwood

## ORDER OF DISMISSAL

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

DATED: June 12, 2019

Honorable John K. Sherwood
United States Bankruptcy Court

File No. 64721

| | |
|---|---|
| DEBTOR(S): | RAMA JAMOUKHA |
| CASE NO.: | 19-12813/JKS |
| DOCUMENT NAME: | ORDER OF DISMISSAL |

THIS MATTER, being opened to the Court by John W. Sywilok, Esq., of John W. Sywilok LLC, Attorneys for Trustee, and coming before the Honorable John K. Sherwood on Tuesday, June 11, 2019, seeking the entry of an Order dismissing the Bankruptcy Proceedings against the Debtor, and good cause appearing; it is

ORDERED that this case is dismissed and that any discharge that was granted to said debtor is revoked.

United States Bankruptcy Court
District of New Jersey

In re:  
Rama Jamoukha  
    Debtor

Case No. 19-12813-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 12, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.  
db          +Rama Jamoukha,    57 Zabriskie Street,    Haledon, NJ 07508-1598

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-3 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John   Sywilok     sywilokattorney@sywilok.com,    nj26@ecfcbis.com  
         John   Sywilok     on behalf of Trustee John   Sywilok sywilokattorney@sywilok.com,    nj26@ecfcbis.com  
         Kevin Gordon McDonald     on behalf of Creditor     U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-3 kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                TOTAL: 5